## LEFKOWITZ v. IBA.

(Supreme Court, Appellate Term.   January 8, 1909.)

PRINCIPAL AND AGENT (§ 21*)—EVIDENCE OF AGENCY—TESTIMONY OF AGENT.

While agency may not be proven by the alleged agent's declarations, his own testimony to the fact is competent.

[Ed. Note.—For other cases, see Principal and Agent, Cent. Dig. § 39; Dec. Dig. § 21.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Isidore Lefkowitz against Caspar Iba.  From a judgment for plaintiff, defendant appeals.  Affirmed.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

Abram Goodman, for appellant.
Nathan Greenbaum, for respondent.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

PER CURIAM. The agreement to pay commissions upon the sale of personal property, in an amount for which the plaintiff has been awarded judgment, was made on behalf of the defendant by an individual whose agency was clearly established by the evidence. The objections taken by the appellant to the reception of the assumed agent's testimony were properly overruled, since, while the fact of agency may not be proven by the alleged agent's declarations to witnesses, his own testimony to the fact is competent.

Judgment affirmed, with costs.